# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **WETRO LAN LLC,**<br><br>　　　**Plaintiff,**<br><br>　　v.<br><br>**WESTERN DIGITAL TECHNOLOGIES, INC.,**<br>　　　**Defendant.** | **CIVIL ACTION NO. 2:15-cv-224**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Wetro Lan LLC ("Wetro Lan" or "Plaintiff") and Defendant Western Digital Technologies, Inc., ("WD" or "Defendant"), file this Joint Motion For Extension of Time to Answer Plaintiff's Original Complaint and respectfully move for forty five (45) days, up to and including June 19, 2015.

Wetro Lan and WD are in negotiation discussions which would resolve this matter in its entirety, and therefore respectfully request that the Court enter an Order extending the time to answer or otherwise respond in this case until June 19, 2015.

WD was served on February 26, 2015.  WD previously applied for, and was granted, extensions of time to answer up to May 5, 2015.

The parties have conferred and counsel for Wetro Lan consents to this extension.

The parties submit that this extension is necessary to finalize settlement negotiations, made in good faith, for good cause, and not for dilatory purposes.  Further, this motion to extend is intended to conserve judicial resources by pursuing an expedient conclusion to this litigation.

Accordingly, Wetro Lan and WD respectfully request this Court to extend the deadline for WD to answer or otherwise respond to Plaintiff's complaint until June 19, 2015.

A proposed Order reflecting the parties' request for an extension of time is filed herewith.

Dated: May 4, 2015                                                      Respectfully submitted,


By: */s/  Jesse Mulholland*_____

**ATTORNEY FOR DEFENDANT WESTERN DIGITAL TECHNOLOGIES, INC.,**

Western Digital Corporation
3355 Michelson Dr., Suite 100
Irvine, California 92612
Telephone: (949) 672-7478
Facsimile: (949) 672-6604
Email: Jesse.mulholland@wdc.com

By: */s/ Brandon LaPray*
**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Texas Bar No.: 24073081
Brandon LaPray
Texas Bar No.: 24087888
5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone:     (469) 587-9776
Facsimile:     (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF WETRO LAN LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/*Brandon LaPray*
Brandon LaPray