**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **WETRO LAN LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**WESTERN DIGITAL TECHNOLOGIES, INC.,**<br><br>  Defendant. | **CIVIL ACTION NO. 2:15-cv-224**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Wetro Lan LLC, pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves for an order dismissing all claims against Defendant Western Digital Technologies, Inc. in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: June 5, 2015                         Respectfully submitted,

                              By: */s/ Austin Hansley*
                              **AUSTIN HANSLEY P.L.L.C.**
                              Austin Hansley
                              Texas Bar No.: 24073081
                              5050 Quorum Dr. Suite 700
                              Dallas, Texas 75254
                              Telephone:    (469) 587-9776
                              Facsimile:    (855) 347-6329
                              Email: Austin@TheTexasLawOffice.com
                              www.TheTexasLawOffice.com
                              **ATTORNEY FOR PLAINTIFF
                              WETRO LAN LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on June 5, 2015.

*/s/ Austin Hansley*
Austin Hansley